**REDACTED**

If they filed all of these documents — Lien, arrest, etc., but it was after the trial so that it could not influence the court decision, would the filing of the documents themselves be illegal?

The Court's answer:

The jury has received all the evidence presented in this case and been fully instructed upon the law. It would be an invasion of the jury function for the Court to answer this question.

10-24-08 @ 6:20 PM
DATE AND TIME

RODNEY S. WEBB, DISTRICT JUDGE

SCANNED
OCT 2 8 2008
U.S. DISTRICT COURT