CR 08-210 (1)(2)(4)

**REDACTED**

May we have

a CD player

on Monday to

listn to the

jail recordings?

The Court's answer:

The Court believes that replaying recorded evidence will place
undue emphasis on that evidence.  The Court discourages this
request and will only provide a CD player upon further
insistence of the jury.

10-24-08 @ 6:20 PM
DATE AND TIME

RODNEY S. WEBB, DISTRICT JUDGE

SCANNED
OCT 2 8 2008
U.S. DISTRICT COURT