**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

January 18, 2011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re:  Robert Beale, John Howard Pelton, and Frederick Ogan Bond
          v. United States
          No. 10-7879
          (Your No. 09-1552, 09-1556, 09-1558)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter* (signature)

**William K. Suter**, Clerk