## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 13-1699
_____

United States of America

Plaintiff - Appellee

v.

Frederick Ogan Bond

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:08-cr-00210-LLP-4)
_____

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

The motion to set a briefing schedule is denied as moot.

July 05, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans