# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1446

Frederick O. Bond

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-00010-LLP)

_____

**MANDATE**

In accordance with the judgment of 07/05/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 05, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit